UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JUAN IGARTUA, :
*on behalf of himself and all others similarly* :
*situated*, :
: 24-CV-6749 (VSB)
Plaintiff, :
: **ORDER**
-against- :
:
DAGGA LLC d/b/a JUST A LITTLE HIGHER :
UPPER WEST SIDE, :
:
Defendant. :
:
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

Plaintiff filed this action on September 5, 2024, (Doc. 1), and filed an affidavit of service on October 1, 2024, (Doc. 6).  The deadline for Defendant to respond to Plaintiff's complaint was October 17, 2024.  To date, Defendant has not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intend to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than November 19, 2024.  If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: November 4, 2024
       New York, New York

_____
VERNON S. BRODERICK
United States District Judge